IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PAUL J. EVANKO, COMMISSIONER et al. | : | NO. 02-4555 |

O R D E R

**AND NOW**, this         day of January, 2003, it is Ordered that the **CONFERENCE** scheduled for **Tuesday, January 21, 2003** at **4:30 p.m.** is canceled and rescheduled for **Friday, February 21, 2003** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.


ATTEST:                                  or    BY THE COURT


BY:_____        _____
     Deputy Clerk                           Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Jonathan Randall Altschuler, Esq. (via fax: 215-546-5355)
Patrick J. McMonagle, Esq. (via fax: 215-560-1031)