IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE MOORE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PAUL J. EVANKO, ET. AL.** | : | NO. **2002-4555** |

### O R D E R

**AND NOW,** this \_\_\_\_\_ **day** of **February, 2003,** it is **Ordered** that defendants Scott Childs, Darby Township and McDevitt's motions, **docket entries #4 and #12**, to dismiss the plaintiff's complaint pursuant to F.R.C.P. 12(b)(6) are **DENIED as stated on the record of Friday, February 21, 2003.**


ATTEST:                              or     BY THE COURT


BY:_____          _____
       Deputy Clerk                         Judge

Civ 12 (9/83)

**Copies faxed on _____to:**              **Copies mailed on _____to:**