IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE MOORE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    02-CV-4555 |
| COMMISSIONER PAUL J. EVANKO, et al.,<br>    Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this _____ day of May, 2003, plaintiff is **ORDERED TO SHOW CAUSE** by **May** _____**, 2003** why defendants' Motion to Compel Depositions of Plaintiff should not be granted.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:          Copies **MAILED** on _____ to: