IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE MOORE,<br>　　　Plaintiff, | :<br>:<br>: |
| v. | :　　02-CV-4555 |
| COMMISSIONER PAUL J. EVANKO, et al.,<br>　　　Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this _____ day of July, 2003, plaintiff is **ORDERED TO SHOW CAUSE** by **July 30, 2003** why, in light of his failure both to appear for his deposition and to comply with this court's June 3, 2003 Order compelling such appearance, defendants' Motion to Dismiss should not be granted and why plaintiff's Complaint should not be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **FAXED** on _____ to:　　　　Copies **MAILED** on _____ to: