IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE MOORE,<br>   Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | 02-CV-4555 |
| COMMISSIONER PAUL J. EVANKO, et al.,<br>   Defendants. | : <br> : | |

## ORDER

  **AND NOW**, this _____ day of July, 2003, in light of plaintiff's failure to respond, defendants' Motion to Compel (Docket # 11) is **GRANTED**.

                    _____
                    ANITA B. BRODY, J.

Copies **FAXED** on _____ to:     Copies **MAILED** on _____ to: