IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE MOORE,<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | |
| COMMISSIONER PAUL J. EVANKO, et al.,<br>    Defendants | : | NO. 02-CV-4555 |

**COMMONWEALTH DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH JUDGE BRODY'S JUNE 3, 2003 ORDER**

Commonwealth defendants, Commissioner Evanko and Trooper Dodge, hereby move this Court to dismiss plaintiff's complaint against them and incorporate by reference Defendant Darby Township, Sergeant McDevitt and Officer Childs' Motion to Dismiss and the attached Exhibits.

WHEREFORE, Commonwealth defendants request this Court to dismiss plaintiff's complaint against them.

D. MICHAEL FISHER<br>
ATTORNEY GENERAL

BY: _____
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone No. (215) 560-2933
Fax:  (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE MOORE, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER PAUL J. EVANKO, et al., | : | NO. 02-CV-4555 |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, hereby certify a true and correct copy of the Commonwealth Defendants' Motion to Dismiss was mailed on July 23, 2003 by first class mail, postage prepaid, to:

Bernard E. Jude Quinn
Jonathan P. Riba
(attorneys for Defendants Sergeant
McDevitt and Darby Township)
German, Gallagher & Murtagh
The Bellevue, Fifth Floor
200 S. Broad Street
Philadelphia, PA 19102

D. MICHAEL FISHER
ATTORNEY GENERAL

BY: _____
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone No. (215) 560-2933
Fax: (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section